AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-2420-MJ-LOUIS |
| Milton Morgan Ferrell, III, | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  March 13, 2020,  in the county of  Miami-Dade  in the
Southern  District of  Flordia, and elsewhere , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) | Conspiracy to Encourage and Induce an Alien to Enter the United States. |

This criminal complaint is based on these facts:

See Attached Affadavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Diana Herrera, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  03/16/2020

*Judge's signature*

City and state:  Miami, Flordia        Hon. Lauren Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Diana Herrera, being duly sworn, depose and state as follows:

## INTRODUCTION

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since 2006. I am currently assigned to the Human Smuggling Group in the HSI Miami Office where I am responsible for conducting investigations regarding violations of federal laws, particularly those laws found in Titles 8, 18, 19, and 21 of the United States Code. Prior to becoming a Special Agent, I was an Inspector for the U.S. Customs Service, beginning in 1996.

2. This Affidavit is submitted in support of a criminal complaint charging that Milton Ferrell, III, ("FERRELL") did knowingly conspire to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence, is and will be in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officers and law enforcement support personnel. Because this Affidavit is submitted for the limited purpose of establishing probable cause for a criminal complaint, it does not include every fact known to me in connection with this investigation. I have only set forth the facts that I believe are necessary to establish probable cause.

## PROBABLE CAUSE

4. On or about March 13, 2019, at approximately 9:30 p.m., a United States Coast Guard ("USCG") ship located a unlit boat ("the SUSPECT BOAT") traveling westbound towards the United States, approximately eighteen (18) nautical miles east of Key Biscayne, Florida, on the High Seas, between the United States and The Bahamas. The USCG stopped the SUSPECT

BOAT and conducted a boarding. The SUSPECT BOAT is a twenty-four (24) foot pleasure craft with Florida registration numbers "FL8899PZ."

5. A vessel registration check was conducted which revealed that the same vessel had been reported stolen to the North Bay Village Police Department on March 10, 2020.

6. Upon conducting a stop of the SUSPECT BOAT, USCG officers determined it was overloaded with fifteen (15) people onboard. The USCG officers asked the people onboard a series of routine administrative questions. FERRELL identified himself as the captain of the boat and that a female passenger, Fiona BUCHER ("BUCHER"), was his girlfriend. FERRELL stated that his other passengers were his friends and that they had departed Coconut Grove, Florida, for a trip to The Bahamas. USCG Officers then pointed to several different passengers and asked FERRELL if he knew their names and relationship to him. FERRELL responded that he did not know any of their names, and then changed his story saying that they were not his friends, and he was just giving them a ride. Eventually, FERRELL stated to the USCG Officers, "you all know what this is, I tried, and I got caught." Several of the passengers told the USCG officers they were not from the United States, but from other countries, and that they were trying to come to the U.S.

7. FERRELL and the fourteen (14) passengers were transferred to the USCG ship for processing. Checks of immigration and law enforcement databases revealed that FERRELL and BUCHER are United States citizens; the remaining thirteen (13) passengers were undocumented aliens who did not have lawful permission to enter the United States.

8. On March 14, 2020, FERRELL, BUCHER, and the undocumented aliens were taken to the USCG Base in Miami Beach, Florida, the first place they entered the Southern District of Florida, and then were turned over to United States Border Patrol ("USBP") and HSI. USBP

conducted an immigration inspection for the undocumented aliens and determined that three (3) of the undocumented aliens had been previously deported from the United States.

9. HSI agents interviewed FERRELL. In a post-*Miranda* statement, FERRELL told agents that he stole the SUSPECT BOAT. FERRELL admitted that he went to Bimini, the Bahamas, with the female USC. While in Bimini, a Bahamian friend brought FERRELL the undocumented aliens and offered to pay him to take them to the United States. FERRELL did not name his friend in The Bahamas. FERRELL further stated that he agreed to take the undocumented aliens because he is broke, he had plans to buy an apartment with the money, and explained that this venture was supposed to be an easy way to make money. FERRELL had approximately $3,600.00 in Bahamian and United States currency on his person when he was stopped by the USCG. FERRELL told agents he had smuggled aliens from The Bahamas to the United States in the past. FERRELL admitted he did not know any of the people on the boat and did not check their passports for visas. FERRELL also said this was the largest "load" of aliens he had ever smuggled. FERRELL admitted he was the one who instructed the aliens where to sit on the vessel in order to "balance" the vessel and that he has been around boats for approximately 25 years of his life.

10. Law enforcement agents also interviewed the undocumented aliens. Several of the undocumented aliens told the agents they were being smuggled to the United States on the SUSPECT BOAT. They said they paid between $3,000 and $6,000 to smugglers in The Bahamas and were expected to pay an additional $3,000 to $6,000 once they arrived in the United States. Several of the aliens positively identified FERRELL from photo arrays as the captain of the SUSPECT BOAT.

3

## CONCLUSION

11. Based upon the foregoing, I respectfully submit that there is probable cause to believe that FERRELL did knowingly conspire to encourage and induce aliens to come to, enter, and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry, and residence is and will be in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
Diana Herrera
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me
this 16th day of March, 2020.

_____
Honorable Lauren F. Louis
United States Magistrate Judge

4



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: MILTON MORGAN FERRELL, III

Personal Surety Bond
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: *Brian Sattler*
SAUSA: Brian G. Sattler

Last Known Address: _____

What Facility: _____

Agent(s): Diana Herrera
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
HSI Miami
(786) 229-3676